■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX VARGAS, Appellant. [718 NYS2d 521] —Judgment unanimously reversed on the law and new trial granted. Memorandum: Supreme Court erred in providing supplemental instructions to the jury in defendant's absence. It is well settled that "[a] defendant has a fundamental right to be present at all material stages of a trial" (*People v Mehmedi,* 69 NY2d 759, 760, *rearg denied* 69 NY2d 985; *see, People v Cain,* 76 NY2d 119, 123). The provision of supplemental jury instructions is a material stage of the trial at which defendant's presence is required (*see,* CPL 310.30; *People v Cain, supra,* at 123-124; *People v Ciaccio,* 47 NY2d 431, 436-437; *see also, People v Mehmedi, supra,* at 760). Contrary to the People's contention, harmless error analysis is not appropriate where, as here, defendant's right to be present at a material stage of the trial was violated (*see, People v Cain, supra,* at 124; *People v Mehmedi, supra,* at 760-761). We further reject the People's contention that, because the supplemental instruction related to one charge only, we need not reverse the entire conviction. The People's contention " 'is essentially an invitation to apply harmless error analysis * * * and it must be rejected' " (*People v Galdamez,* 234 AD2d 608, 609, *lv denied* 89 NY2d 985, quoting *People v Caballero,* 221 AD2d 459, *lv denied* 88 NY2d 965). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Attempted Rape, 1st Degree.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.